No. 23-2478

# In the
# United States Court of Appeals
# for the Seventh Circuit

---

KEVIN JOHNSON,
*Plaintiff-Appellant,*

v.

MARTIN PURDUE, ET AL.,
*Defendants-Appellees.*

---

Appeal from the United States District Court
for the Southern District of Indiana, Indianapolis Division,
No. 1:21-cv-201-JMS-MG,
The Honorable Jane Magnus-Stinson, Judge.

---

## APPEARANCE OF COUNSEL FOR APPELLEES

---

Attorney General of Indiana Todd Rokita, by Deputy Attorney General Benjamin M.L. Jones, hereby enters his appearance as the Defendants – Appellees Robert Carter and Dushan Zatecky in the above-referenced matter.

The address of Deputy Attorney General Benjamin M.L. Jones is Office of the Indiana Attorney General, 302 W. Washington Street, Indiana Government Center South, Fifth Floor, Indianapolis, Indiana, 46204.  The telephone number is (317) 234-6685 and the fax number is (317) 232-7979.  His email is Benjamin.Jones@atg.in.gov.

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General

BENJAMIN M.L. JONES
Section Chief, Civil Appeals

*Counsel for Appellees*
*Robert Carter and Dushan Zatecky*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2023, I electronically filed the foregoing

with the Clerk of United States District Court for the United States Court of

Appeals for the Seventh Circuit by using the CM/ECF system. I also hereby certify

that on August 2, 2023, I have served the foregoing document on the individual

listed below through U.S. Mail, first-class postage pre-paid:

VADOC Centralized Mail Distribution Center
Kevin Johnson, #1007485
3521 Woods Way
State Farm, Virginia 23160

BENJAMIN M.L. JONES
Section Chief, Civil Appeals

OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Telephone: (317) 234-6685
Fax: (317) 232-7979
Benjamin.Jones@atg.in.gov